STATE OF LOUISIANA

VERSUS

TERRY ROBINSON

NO. 24-KH-442

FIFTH CIRCUIT

COURT OF APPEAL

STATE OF LOUISIANA

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

Susan S. Buchholz
Chief Deputy, Clerk of Court

_____ October 21, 2024 _____

Susan Buchholz
Chief Deputy Clerk

**IN RE** TERRY ROBINSON

**APPLYING FOR** SUPERVISORY WRIT FROM THE TWENTY-FOURTH JUDICIAL DISTRICT COURT, PARISH OF JEFFERSON, STATE OF LOUISIANA, DIRECTED TO THE HONORABLE E. ADRIAN ADAMS, DIVISION "G", NUMBER 07-7278

Panel composed of Judges Fredericka Homberg Wicker,
Marc E. Johnson, and Stephen J. Windhorst

**WRIT DENIED**

Relator, Terry Robinson, seeks review of the trial court's April 8, 2024 ruling denying his petition for nullification and the trial court's June 12, 2024 ruling denying his petition for rehearing of the trial court's denial of his petition for nullification.

On July 21, 2010, relator pled guilty to an amended charge of manslaughter and was sentenced to 20 years imprisonment at hard labor "without benefit of probation, parole, or suspension of sentence." Relator did not appeal his conviction and sentence.

On April 2, 2024, relator filed a pleading captioned "Petition for Nullification," alleging his guilty plea was invalid. In his petition, relator asserted that the trial court failed to inform him of the nature of the charge and the sentencing range. Relator also claimed that the trial court erroneously imposed his sentence without benefit of parole. On April 8, 2024, the trial court denied relator's petition,

finding it was an application for post-conviction relief ("APCR") and therefore, untimely under La. C.Cr.P. art. 930.8 A. However, the trial court found that relator's sentence was illegal "in respect to prohibition of parole benefits" and ordered relator's sentence to "be corrected, and that the commitment of July 21, 2010, [be] amended, and defendant's sentence for manslaughter be corrected to delete any mention of parole benefits." On June 4, 2024, relator filed a petition for rehearing from the denial of his petition for nullification, which the trial court denied. Relator filed the instant writ application.

Upon review, we find relator's writ application is deficient and untimely. Relator did not file a notice of intent to seek a supervisory writ and he did not provide documentation with a return date, in violation of La. U.R.C.A., Rules 4-2 and 4-3. Moreover, relator's writ application postmarked September 18, 2024, filed on September 23, 2024, was filed more than 30 days from the date of the April 8, 2024 and June 12, 2024 rulings, and therefore, is untimely. La. U.R.C.A., Rule 4-3.

Nevertheless, while relator's pleading is captioned petition for nullification, in effect, it is an APCR that is untimely under La. C.Cr.P. art. 930.8. We further find that the exceptions set forth in La. C.Cr.P. art. 930.8 A(1), (2), (3), or (4) are inapplicable to relator's case.

Accordingly, this writ application is denied.

Gretna, Louisiana, this 21st day of October, 2024.

**SJW**
**FHW**
**MEJ**

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
STEPHEN J. WINDHORST
JOHN J. MOLAISON, JR.
SCOTT U. SCHLEGEL
TIMOTHY S. MARCEL

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

SUSAN S. BUCHHOLZ
CHIEF DEPUTY CLERK

LINDA M. WISEMAN
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



FIFTH CIRCUIT

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS DAY **10/21/2024** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY COUNSEL, AS LISTED BELOW:

**CURTIS B. PURSELL**
CLERK OF COURT

**24-KH-442**

### E-NOTIFIED
24th Judicial District Court (Clerk)
Honorable E. Adrian Adams (DISTRICT JUDGE)
Thomas J. Butler (Respondent)

### MAILED
Terry Robinson #533146 (Relator)
Allen Correctional Center
3751 Lauderdale Woodyard Road
Kinder, LA 70648